**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7083

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROGER TAYLOR, a/k/a Milk,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:20-cr-00039-CCB-1)

Submitted:  February 27, 2025                    Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Taylor appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted.  *See United States v. Centeno-Morales*, 90 F.4th 274, 279-80 (4th Cir. 2024) (providing standard of review and outlining steps for evaluating compassionate release motions).  Accordingly, we affirm the district court's order.  *United States v. Taylor*, No. 1:20-cr-00039-CCB (D. Md. Nov. 1, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*